IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KARL C. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-114 |

## ORDER

Presently before the Court is Plaintiff's Motion for Voluntary Dismissal.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's Motion, **DISMISSES** this case **WITHOUT PREJUDICE**, and **DENIES** all pending Motions in this case **AS MOOT**. The Court shall **CLOSE** this case.

**SO ORDERED**, this 25th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion is entitled and docketed as a Motion to Dismiss. However, a closer reading of the Motion reveals that it is actually a Motion for Voluntary Dismissal.